UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-006M-01 (CR) |
| | : | |
| **YASHIKA D. ARCHER,** | : | VIOLATIONS: 18 U.S.C. §875(c) |
| **Defendant.** | : | (Interstate Communications); |
| | : | 22 D.C. Code §407 |
| | : | (Threatening to Kidnap, Injure, or Physically |
| | : | Damage) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about July 7, 2006, within the District of Columbia, the defendant, **YASHIKA D. ARCHER**, willfully and knowingly did transmit in interstate commerce from the State of Maryland to the District of Columbia, an electronic communication to Nakeesha McCottrell, which electronic communication contained a threat to injure the person of Nakeesha McCottrell, that is, "I will stab your ass like I threatened to do before."

(**Interstate Communications**, in violation Title 18, United States Code, Section 875(c))

## COUNT TWO

On or about July 7, 2006, within the District of Columbia, **YASHIKA D. ARCHER**, by means of an electronic communication, threatened to injure the person of Nakeesha McCottrell.

(**Threatening to Kidnap, Injure or Physically Damage**, in violation of Title 22, District of Columbia Code, Section 407)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar NO. 498-610

BY: _____
ABBY STAVITSKY
Assistant United States Attorney
Bar No. 421-015
Federal Major Crimes Section
555 4th Street, N.W., Room 4645
Washington, D.C. 20530
(202) 353-8829